UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN R. OCHOA,<br>        Plaintiff,<br>    v.<br>SHERRI FLETCHER, et al.,<br>        Defendants. | Case No. 19-cv-03987-DMR (PR)<br><br>**ORDER OF TRANSFER** |

On July 11, 2019, Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1.

On that same day, the Clerk of the Court sent a notice directing Plaintiff to either pay the filing fee or submit an *in forma pauperis* ("IFP") application, a Certificate of Funds, a six-month statement completed and signed by an authorized officer at the prison. Dkt. 2. The Clerk also informed Plaintiff that this action has been assigned to the undersigned Magistrate Judge.[1] Dkt. 3.

The acts complained of occurred at the High Dessert State Prison in Lassen County, which is located in the Eastern District of California, and it appears that the Defendants resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[2] The Clerk shall transfer the case forthwith.

---

[1] To date, Plaintiff has not yet returned the form indicating whether he consents to or declines magistrate judge jurisdiction in this action.

[2] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

If Plaintiff wishes to further pursue this action, he must complete the IFP application form required by the United States District Court for the Eastern District of California and mail it to that district.

All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: July 23, 2019

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN R OCHOA,<br><br>    Plaintiff,<br><br>v.<br><br>SHERRI FLETCHER, et al.,<br><br>    Defendants. | Case No. 4:19-cv-03987-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adrian R Ochoa ID: J13876
California State Prison - Los Angeles County ASU-156L
PO Box 4430
Lancaster, CA 93539

Dated: July 23, 2019

                                                  Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Ivy Lerma Garcia, Deputy Clerk to the
                                                Honorable DONNA M. RYU